# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY**, a/s/o Thomas and Lisa Ellis<br><br>v.<br><br>**LG ELECTRONICS USA, INC.** | **CIVIL ACTION**<br><br>**NO. 19-3529** |

## ORDER RE MOTION TO PRECLUDE PLAINTIFF'S EXPERT AND MOTION FOR SUMMARY JUDGMENT

**AND NOW**, on this 8th day of July, 2021, after careful consideration of Defendant LG's Motion to Preclude Plaintiff's Expert (ECF 32), Plaintiff Allstate's Response (ECF 33), Defendant's Reply (ECF 35), Plaintiff's Sur-reply (ECF 40), Defendant's Supplemental Brief (ECF 41), and Plaintiff's Responding Supplemental Brief (ECF 43), for the reasons stated in the attached memorandum it is hereby **ORDERED** as follows:

1. Defendant's Motion for Leave to File a Response to Plaintiff's Supplemental Brief (ECF 43) is **GRANTED**; and

2. Defendant's Motion to Preclude Plaintiff's Expert and Motion for Summary Judgment (ECF 32) is **DENIED**.

    **BY THE COURT:**

    **/s/ MICHAEL M. BAYLSON**

    _____

    **MICHAEL M. BAYLSON, U.S.D.J.**